**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 19-28833** |
| | ) | |
| **Faisal Latif,** | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | **Judge Baer** |
| | ) | **Kane County** |

TO:   Office of Glenn Stearns, Chapter 13 Trustee (*via Electronic Court Notice*)
Comenity Capital/Zales, Attn: Bankruptcy Department P.O. Box 182125 Columbus, OH 43218-2125 (*via US Mail*)

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he caused a copy of this notice and the case's 341 notice to be transmitted to Comenity Capital/Zales via regular U.S. Mail with postage prepaid from the mailbox located at 4131 Main St. Skokie, IL 60076, on June 5, 2020.

/s/ *David H. Cutler*
Attorney for the Debtor

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600